IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. _____

| | | |
|---|---|---|
| LUCIA VILLANUEVA<br>Plaintiff, | : <br> : <br> : | |
| v. | : <br> : | |
| TOR REY USA, INC.,<br>Defendant | : <br> : <br> : | **APPEARANCE OF COUNSEL** |

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

The undersigned hereby gives notice of his Appearance as counsel for the defendant, **Tor Rey USA, Inc.**, in the above-captioned matter.

Date: June 17, 2005

Respectfully submitted,

By: _____
N. Kane Bennett of
HALLORAN & SAGE, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
BBO# 636731
Attorney for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record of each party on June 17, 2005.

Michael R. Rezendes, Esq.
**Rezendes & Trezise**
Batterymarch Park II
Quincy, MA 02169
BBO# 417840
(617) 472-3900

_[signature]_
N. Kane Bennett, Esq.
Halloran & Sage, LLP
BBO #636731

701050