IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. _____

LUCIA VILLANUEVA
    Plaintiff,

v.

TOR REY USA, INC.,
    Defendant

## CORPORATE DISCLOSURE STATEMENT

I, N. Kane Bennett, attorney for the defendant, represent that no disclosure is required under Rule 7.1(a).

Date: June 17, 2005

Respectfully submitted,

By: _____
N. Kane Bennett of
**HALLORAN & SAGE, LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
BBO# 636731
Attorney for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record of each party on June 17, 2005.

Michael R. Rezendes, Esq.
**Rezendes & Trezise**
Batterymarch Park II
Quincy, MA 02169
BBO# 417840
(617) 472-3900

_____
N. Kane Bennett, Esq.
Halloran & Sage, LLP
BBO #636731

700402.1(HSFP)