IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11333 MEL

| | |
|---|---|
| LUCIA VILLANUEVA<br>Plaintiff, | : <br> : <br> : |
| v. | :    DEMAND FOR JURY TRIAL <br> : |
| TOR REY USA, INC.,<br>Defendant | : <br> : <br> : |

The defendants in the above-entitled matter hereby demand trial by jury on all issues so triable under applicable law.

Dated: July 21, 2005

Respectfully submitted,

By: /s/ N. Kane Bennett
N. Kane Bennett of
HALLORAN & SAGE, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
BBO# 636731
Attorney for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record of each party on July 21, 2005.

Michael R. Rezendes, Esq.
**Rezendes & Trezise**
Batterymarch Park II
Quincy, MA 02169
BBO# 417840
(617) 472-3900

_____
N. Kane Bennett, Esq.
Halloran & Sage, LLP
BBO #636731

708043.1(HSFP)