UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-11333 MEL

LUCIA VILLANUEVA          )
         Plaintiff          )
                 )
VS.          )
                 )
TOR REY USA INC.          )
         Defendant  )

## PLAINTIFF'S MOTION TO AMEND COMPLAINT AND REMAND ACTION TO SUFFOLK SUPERIOR COURT

Now comes Lucia Villanueva, Plaintiff in the above-entitled action and pursuant to Federal Rules of Civil Procedure, Rule 15 and Local Rule 15.1 respectfully moves this Honorable Court for leave to amend her Complaint so as so add an additional necessary party and three additional Counts and moves for remand of case to Suffolk Superior Court for lack of diversity jurisdiction. In support of her motion, Plaintiff attaches her memorandum.

Wherefore, Plaintiff respectfully requests this Honorable Court grant her leave to file the subject Amended Complaint and remand this action to Suffolk Superior Court for lack of diversity jurisdiction.

Respectfully submitted,
Plaintifff, by her attorney,

Michael R. Rezendes
REZENDES & TREZISE
Batterymarch Park II
Quincy, MA 02169
617 472-3900

Dated: 8/12/05