UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-11333 MEL

| | |
|---|---|
| LUCIA VILLANUEVA | ) |
| Plaintiff | ) |
| | ) |
| VS. | ) |
| | ) |
| TOR REY USA INC. | ) |
| Defendant | ) |

### PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF HER MOTION TO AMEND COMPLAINT AND REMAND ACTION TO SUFFOLK SUPERIOR COURT

Now comes Lucia Villanueva, Plaintiff in the above-entitled action, and in support of her Motion to Amend Complaint and Remand Action to Suffolk Superior Court, states as follows:

I. FACTS

The subject action arises out of an incident which occurred on February 18, 2005 at the Tapatio Mexican Grill in Somerville, Massachusetts. At said time and place, Plaintiff, Lucia Villanueva was working on a meat grinder when her right dominant hand was pulled into its defective and unguarded point of operation causing traumatic amputation of her index finger and thumb and her right hand to be crushed. (Exhibit 1)

On July 21, 2005, Defendant Tor Rey USA, Inc. served Defendant's Initial Disclosure on the Plaintiff. Within its disclosure, Defendant Tor Rey USA, Inc. identified proposed defendant, General Services, Inc. of

Medford, Massachusetts as the distributor, seller, or other supplier of the subject meat grinder. (Exhibit 2) Plaintiff has immediately moved to amend her complaint to add General Services, Inc. as a Defendant upon becoming aware of its identity.

II.  ARGUMENT

A.  JUSTICE REQUIRES PLAINTIFF BE GIVEN LEAVE TO AMEND COMPLAINT TO ADD A NECESSARY PARTY

This product liability action was removed to Federal Court by diverse Defendant Tor Rey USA, Inc. Following removal to Federal, Defendant Tor Rey USA, Inc. disclosed the existence of an additional defendant, General Services, Inc., a Massachusetts corporation as the distributor, seller, or other supplier of the subject product. (Exhibit 2) Plaintiff immediately moved to amend her complaint to add General Services, Inc. as a Defendant upon becoming aware of its identity.

Leave of court to amend is given freely where justice requires. Aversa v. United States, 99 F.3d 1200, 1214 n.13 (1st Cir.1996); Resolution Trust Corp. v. Gold, 30 F.3d 251, 253 (1st Cir.1994); Foman v. Davis, 371 U.S. 178, 182, 83 S.Ct. 227, 230, 9 L.Ed.2d 222 (1962). Justice requires that Plaintiff be given leave to amend her complaint to add General Services, Inc. as a defendant in this action as it was directly involved in the testing, inspection, distribution and sale of the product which is alleged to have caused the Plaintiff's injuries. Plaintiff has

alleged that the subject incident and the resulting injuries to the Plaintiff were the result of General Services, Inc.'s negligence and breaches of warranty in the distribution or sale of said product without reasonably necessary safeguards such as a machine guard at the point of operation to prevent injury to user's hands and/or fingers.

    B.    JOINDER OF NON DIVERSE DEFENDANT AND REMAND TO STATE COURT IS PROPER WHERE STATE LAW ISSUES PREDOMINATE, THERE IS NO PREJUDICE TO DEFENDANT AND JOINDER PROMOTES EFFICIENT USE OF JUDICIAL RESOURCES

This product liability action was removed to Federal Court by diverse Defendant Tor Rey USA, Inc. immediately upon service of the Complaint. Following removal to Federal, Plaintiff has learned of the existence of an additional defendant, General Services, Inc., a Massachusetts corporation. Plaintiff alleges that proposed defendant General Services, Inc. was directly involved in the distribution and sale of the product alleged to have caused Plaintiff's injuries. Plaintiff is seeking leave of court to amend her Complaint to add General Services, Inc. as a defendant and remand of this action to state court due to lack of diversity jurisdiction.

A nondiverse party is not required to be "indispensable" before that party can be joined in a diversity action. St. Louis Trade Diverters, Inc. v. Constitution State Ins. Co., E.D.Mo.1990, 738 F.Supp. 1269. District courts will permit a joinder which destroys diversity when consistent

with principles of fundamental fairness using the following factors: (1) any delay, as well as the reason for delay, in seeking joinder, (2) resulting prejudice to defendant, (3) likelihood of multiple litigation, and (4) plaintiff's motivation for the amendment. Nazario v. Deere & Co., S.D.N.Y.2003, 295 F.Supp.2d 360.

Plaintiff states that her proposed amended complaint is submitted in order to join a necessary party Defendant to this product liability action. There was no untoward delay in seeking to add proposed defendant General Services, Inc. as Plaintiff has moved to amend her complaint immediately upon discovery of the identity of proposed Defendant General Services, Inc. No written or deposition discovery has been conducted.

There is no prejudice to a diverse defendant by adding a nondiverse defendant which destroys diversity jurisdiction when the action was moved shortly after filed in state court and no proceedings had occurred there; the mere fact that defendant faces prospect of trial in state court is insufficient in itself to demonstrate legal prejudice. Hughes v. Promark Lift, Inc., S.D.Fla.1990, 751 F.Supp. 985.

Allowance of Plaintiff's Motion to Amend Complaint to add a necessary party promotes judicial economy and prevents duplicative litigation. Plaintiff has a cause of action against both Tor Rey Usa, Inc., the manufacturer and distributor of the subject product and proposed defendant General Services, Inc., the supplier of the subject product

under Massachusetts negligence and warranty law. The legal elements and facts relevant to each cause of action overlap considerably and if Plaintiff is forced to litigate in separate forums, duplicative testimony is probable.

Having both defendants as parties to one action promotes efficient use of judicial resources, and there is a lack of significant federal interest in deciding state law issues which predominate, and remand will not significantly the present parties. See Heininger v. Wecare Distributors, Inc., S.D.Fla.1989, 706 F.Supp. 860. Carter v. Dover Corp., Rotary Lift Div., E.D.Pa.1991, 753 F.Supp. 577. Morze v. Southland Corp., E.D.Pa.1993, 816 F.Supp. 369. A balance of equities requires that plaintiff be allowed to join General Services, Inc. in this action and that this action be remanded to state court due to nondiversity of General Services, Inc.

Wherefore, Plaintiff respectfully requests this Honorable Court grant her leave to file the subject Amended Complaint and remand this action to Suffolk Superior Court for lack of diversity jurisdiction.

Respectfully submitted,
Plaintifff, By her attorney,

Michael R. Rezendes
REZENDES & TREZISE
Batterymarch Park II
Quincy, MA 02169
617 472-3900

Dated: 7/10/05

EXHIBIT 1

**TALDO AMBULANCE SERVICE, INC.**
137 Washington St., P.O. Box 435
Somerville, MA 02143
1- (617) 625-0042
Fax: 1- (617) 625-0941

**ATLANTIC AMBULANCE**
*Div. of Cataldo Ambulance*
59 N. Franklin St.
Lynn, MA 01904
1- (781) 592-5400
Fax: 1- (781) 477-0320

**PLEASE PRINT / USE BLACK OR BLUE INK ONLY**

| DATE OF SERVICE | CALL RECEIVED | LOG #: 327670 | CALL RECEIVED BY: Nicole |
|---|---|---|---|
| 2/18/05 S M T W T (F) S | ☐ AM ☐ PM | | |

SOURCE OF CALL: ☐ POLICE ☐ FIRE ☐ HOSP. ☐ N.H. ☐ FAMILY ☐ DOCTOR ☐ NURSE ☐ FRIEND ☐ EMPLOYER ☐ HMO ☐ OTHER ___ CODE #: ___

## PATIENT

AGE: 24
DATE OF BIRTH: 12/20/1980
SOCIAL SECURITY NUMBER: N/A

FIRST: Lucia    M.I.    LAST: Villanueva

FACILITY (NH): ___    ROOM NO.: ___

STREET ADDRESS: 72 Grove St    APT. NO.: ___
CITY: Chelsea    STATE: MA    ZIP: 02150
HOME PHONE: (617) 838-9277    WORK PHONE: ( )

RESPONSIBLE PARTY / NEXT OF KIN: Self    RELATIONSHIP: ___
HOME PHONE: ( )    WORK PHONE: ( )

PRIMARY CARE PHYSICIAN: ___    CITY: ___    HOSPITAL: ___

## DISPATCH FOR
☒ ALS ☒ BLS ☒ EMERGENCY ☐ SCHEDULED TRANSFER
☐ P-B WAIVER ☐ OTHER ___    M.R. # ___

## RESPONSE TIMES
RESPONDED FROM: 133

| DISPATCH | PR | SCENE ARRIVAL | PATIENT CONTACT | SCENE DEPART | PR | HOSPITAL ARRIVAL | IN SERVICE |
|---|---|---|---|---|---|---|---|
| 711 | 1 | 715 | | 726 | 2 | 733 | |

## 1ST RESPONDERS
☐ POLICE ☒ FIRE ☒ OTHER A38

## CHIEF COMPLAINT / CLINICAL IMPRESSION
Finger amputation
CHIEF COMPLAINT    CLINICAL FIELD IMPRESSION

## TRIP INFORMATION
VEHICLE #: 49
TECHNICIAN 1: Sirus
TECHNICIAN 2: Cohen
ASSISTING UNITS: PD, FD, A38
TECHNICIAN 3: ___
NURSE OR DR. ON BOARD? ☐ YES ☒ NO

## VITAL SIGNS
☐ UNABLE TO OBTAIN / REASON: ___

| TIME | BP | PULSE | RESP. | O2 SAT |
|---|---|---|---|---|
| en route | 116/64 | 76 | 16 | 100% RA |

## TRANSPORT FROM / INCIDENT LOCATION
FACILITY NAME: ___    ☐ ER
STREET ADDRESS: 2 Broadway    APT/ROOM #: ___
CITY: Somerville    STATE: MA    ZIP: 02145    FLOOR: ___

## TRANSPORT TO
FACILITY NAME: MGH    ☒ ER
STREET ADDRESS: ___    APT/ROOM #: ___
CITY: Boston    STATE: MA    ZIP: ___

METER READING: START: ___ ENDING: ___ TOT. MILEAGE: 2.7

## PHYSICAL ASSESSMENT
AVPU: ☒ ALERT ☐ VERBAL ☐ PAINFUL ☐ UNRESPONSIVE
LUNGS: LEFT ☒ CLEAR ☐ DIM ☐ ABSENT ☐ WHEEZE ☐ RALES ☐ RHONCHI
RIGHT ☒ CLEAR ☐ DIM ☐ ABSENT ☐ WHEEZE ☐ RALES ☐ RHONCHI
PUPILS: ☒ PERRL ☐ DILATED ☐ CONSTR. ☐ SLUGGISH ☐ UNEQUAL ☐ UNREACT
SKIN: ☐ NORMAL ☐ HOT ☒ WARM ☐ COOL ☐ COLD ☒ DRY ☐ MOIST
☐ DIAPHORETIC ☐ PALE ☐ CYAN ☐ MOTTLED ☐ FLUSHED
GLASGOW COMA SCALE: 15

## INCIDENT TYPE
☐ ASSAULT ☐ BICYCLE ☐ BITE/STING ☐ FALL ☐ FIRE
☐ HAZMAT ☐ MEDICAL ☐ MVA- PLATE # ___ ST ___
☐ PEDESTRIAN ☐ SHOOTING ☐ STABBING
☒ OTHER: finger amputation

IS THIS INCIDENT WORK-RELATED? ☒ YES ☐ NO

## PROCEDURES
AIRWAY: A0396 ☐ OPA ☐ NPA ☐ LMA SIZE: ___
☐ ETT ☐ NTT SIZE: ___ ATT / SUCC: ___ / ___
OXYGEN: A0422 ☐ N/C ☐ NRB ☐ BVM LPM: ___
DEFIBRILLATION: A0392 ☐ AED # SHOCKS: ___ ☐ MANUAL # SHOCKS: ___
12 LEAD ECG: A9214 ☒ NO ☐ YES INTERPRETATION: ___
IV THERAPY: SITE: (L) AC    GAUGE: 16g    ATT/SUCC: 1/1
A0394    FLUID: NS    TOT. AMOUNT FLUID ADMIN: KVO

## PATIENT DISPOSITION
☐ DISCHARGE ☐ NO SERVICE ☐ REFUSAL
☐ ROUND TRIP ☐ SECT-12 (ATTACH COPY) ☐ SUDDEN DEATH
☐ TREATED-NO TRANSPORT
☐ OUTPATIENT VISIT:
DEPARTMENT ___ SERVICE PROVIDED ___
☐ TRANSFER:
REASON: ___ ADMITTED TO ROOM #: ___

IMMOBILIZATION: ☐ C-COLLAR ☐ SHORT BOARD / KED ☐ LONG BOARD
OTHER: ___

## PATIENT MEDICATIONS
Pt denies

## PAST MEDICAL HISTORY
Pt denies

ALS ASSESSMENT PERFORMED? ☒ YES ☐ NO
(NOT TRIAGED TO BLS)
ALS ASSESSMENT(S): ___

## ALLERGIES
☐ NKA ☒ DENIES

SCENARIO: 24 y/o female w/ finger amputation from cheese grater

## NARRATIVE:
Upon arrival, found 24 y/o female walking through restaurant. Pt was using an industrial cheese grater when her hand got caught in the blades. Pt amputated (R) thumb & index finger @ first knuckle. Pt c/o (R) hand pain but denied

**CATALDO AMBULANCE SERVICE, INC.**
137 Washington St., P.O. Box 435
Somerville, MA 02143
1- (617) 625-0042
Fax: 1- (617) 625-0941

**ATLANTIC AMBULANCE**
Div. of Cataldo Ambulance
59 N. Franklin St.
Lynn, MA 01904
1- (781) 592-5400
Fax: 1- (781) 477-0320

PLEASE PRINT / USE BLACK OR BLUE INK ONLY

**DATE OF SERVICE:** 2/18/05  (T)
**CALL RECEIVED:**
**LOG #:** 221670
**CALL RECEIVED BY:** Nicole

### PATIENT
- **SEX:** F
- **AGE:** 23
- **DATE OF BIRTH:** 12/20/1980
- **SOCIAL SECURITY NUMBER:**
- **FIRST:** Lucia
- **M.I.:**
- **LAST:** Villanueva
- **FACILITY (NH):**
- **ROOM NO.:**
- **STREET ADDRESS:** 102 Grove St.
- **APT. NO.:**
- **CITY:** Chelsea  **STATE:** MA  **ZIP:** 02150
- **HOME PHONE:**
- **WORK PHONE:**
- **RESPONSIBLE PARTY:** Self
- **RELATIONSHIP:**
- **NEXT OF KIN:**
- **HOME PHONE:**
- **WORK PHONE:**
- **PRIMARY CARE PHYSICIAN:**
- **CITY:**
- **HOSPITAL:**

### TRIP INFORMATION
- **VEHICLE #:** 38
- **TECHNICIAN 1:** P. Vieira
- **TECHNICIAN 2:** V. Tran
- **TECHNICIAN 3:** J. Fowler
- **ASSISTING UNITS:** 49
- **NURSE OR DR. ON BOARD?** [] YES [X] NO

### TRANSPORT FROM / INCIDENT LOCATION
- **FACILITY NAME:**
- **STREET ADDRESS:** 82 Broadway  **APT./ROOM #:**
- **CITY:** Somerville  **STATE:** MA  **ZIP:** 02145  **FLOOR:**

### TRANSPORT TO
- **FACILITY NAME:**
- **STREET ADDRESS:** No Transport
- **CITY:**  **STATE:**  **ZIP:**

- **ODOMETER READING START:** _____  **ENDING:** _____  **TOT. MILEAGE:** 0

### INCIDENT TYPE
[] ASSAULT [] BICYCLE [] BITE/STING [] FALL [] FIRE
[] HAZMAT [] MEDICAL [] MVA- PLATE # _____ ST ____
[] PEDESTRIAN [] SHOOTING [] STABBING
[X] OTHER: amputation

**IS THIS INCIDENT WORK-RELATED?** [X] YES [] NO

### PATIENT DISPOSITION
[] DISCHARGE   [] NO SERVICE   [] REFUSAL
[] ROUND TRIP  [] SECT-12 (ATTACH COPY)   [] SUDDEN DEATH
[] TREATED-NO TRANSPORT
[] OUTPATIENT VISIT:
   DEPARTMENT _____ SERVICE PROVIDED _____
[] TRANSFER:
   REASON: _____  ADMITTED TO ROOM #: _____

**ALS ASSESSMENT PERFORMED?** [] YES [] NO
(PT TRIAGED TO BLS)
**ALS ASSESSMENT(S):** _____

**SCENARIO:** Pt tx → P-49

---

### DISPATCH FOR
[] ALS [X] BLS [X] EMERGENCY  [] SCHEDULED TRANSFER
[] P-B WAIVER  [] OTHER _____  M.R. # _____

### RESPONSE TIMES
**RESPONDED FROM:** Magoun Square

| DISPATCH | PR | SCENE ARRIVAL | PATIENT CONTACT | SCENE DEPART | PR | HOSPITAL ARRIVAL | IN SERVICE |
|---|---|---|---|---|---|---|---|
| 711 | | 715 | | | | — | |

### 1ST RESPONDERS
[X] POLICE  [X] FIRE  [] OTHER _____

### CHIEF COMPLAINT / CLINICAL IMPRESSION
(R) Hand c̄ (L) Thumb & index finger amputation
**CHIEF COMPLAINT** / **CLINICAL FIELD IMPRESSION**

### VITAL SIGNS
[X] UNABLE TO OBTAIN / REASON: care given to P49

| TIME | BP | PULSE | RESP. | O2 SAT |
|---|---|---|---|---|
| | | | | |

### PHYSICAL ASSESSMENT
- **AVPU:** [X] ALERT  [] VERBAL  [] PAINFUL  [] UNRESPONSIVE
- **LUNGS:** LEFT [X] CLEAR [] DIM [] ABSENT [] WHEEZE [] RALES [] RHONCHI
           RIGHT [] CLEAR [] DIM [] ABSENT [] WHEEZE [] RALES [] RHONCHI
- **PUPILS:** [] PERRL [] DILATED [] CONSTR. [] SLUGGISH [] UNEQUAL [] UNREACT
- **SKIN:** [] NORMAL [] HOT [] WARM [] COOL [] COLD [] DRY [] MOIST
           [] DIAPHORETIC [] PALE [] CYAN [] MOTTLED [] FLUSHED
- **GLASGOW COMA SCALE:** 15

### PROCEDURES
- **AIRWAY:** A0396  [] OPA  [] NPA  [] LMA SIZE: _____
  patent  [] ETT  [] NTT SIZE: _____ ATT / SUCC: ____ / ____
- **OXYGEN:** A0422  [] N/C  [] NRB  [] BVM  LPM: _____
- **DEFIBRILLATION:** A0392  [] AED # SHOCKS: _____  [] MANUAL # SHOCKS: _____
- **12 LEAD ECG:** A9214 [] NO  [] YES  INTERPRETATION: _____
- **IV THERAPY:** SITE: _____  GAUGE: _____  ATT/SUCC: ____ / ____
  A0394  FLUID: _____  TOT. AMOUNT FLUID ADMIN: _____
- **IMMOBILIZATION:** [] C-COLLAR  [] SHORT BOARD / KED  [] LONG BOARD
  OTHER: _____

### PATIENT MEDICATIONS
denies

### PAST MEDICAL HISTORY
denies

### ALLERGIES
[X] NKA  [X] DENIES

### NARRATIVE
Dispatched to Hand Lac.
23 y/o ♀ c̄ thumb and index finger amputations. Pt found standing in kitchen of restaurant, CAOx4. Pt is Spanish speaking only & per fire, pt was using

EXHIBIT 2



**TOR REY USA, INC**
3920 WESTHOLLOW PARKWAY
HOUSTON, TX 77082
281-584-3150

# Invoice

INVOICE NUMBER:

INVOICE DATE:
Jan 9, 2002

PAGE:

| SOLD TO | SHIP TO |
|---|---|
| GENERAL SERVICES INC<br>P O BOX ...<br>..., MA ...<br>USA | GENERAL SERVICES, INC<br>407R MYSTIC AVE, UNIT 16<br>MEDFORD MA 02155<br>USA |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS |
|---|---|---|
| MA-GSI | 7498 | 2% 10, Net 30 Days |

| SALESPERSON | SHIPPING METHOD | SHIP DATE | DUE DATE |
|---|---|---|---|
| JESUS | WATKINS COLLECT | 1/9/02 | 2/8/02 |

| QUANTITY | ITEM | DESCRIPTION | BACKORDER | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 2 | M-22 R | M-22 R OPEN BOWL MEAT GRINDER, 1 HP MOTOR, 110V 60 HZ SER# I01-11958 I01-11957 | | 774.00 | 1,548.00 |

CHECK NO:

SUBTOTAL 1,548.00
SALES TAX
FREIGHT
... 1,548.00
TOTAL 1,548.00

1% CHARGE PER MONTH ON ALL PAST DUE BALANCES

TRR 017