UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-11333 MEL

LUCIA VILLANUEVA         )
        Plaintiff         )
                      )
VS.                      )
                      )
TOR REY USA INC.         )
        Defendant        )

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 15.1**

    I, Michael R. Rezendes hereby certify that on August 10, 2005, I served a copy of Plaintiff's Motion to Amend Complaint and for Remand along with Notice of Filing upon proposed defendant, General Services, Inc. via first class mail at its last known address: General Services, Inc., 100 Hicks Avenue, Medford MA 02155 in accordance with Fed.R.Civ.P. Rule 5(b) and Local Rule 15.1.

Michael R. Rezendes, Esq.
Rezendes & Trezise
Batterymarch Park II
Quincy, MA 02169
(617) 472-3900
BBO#: 417840

DATED: