UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-11333 MEL

LUCIA VILLANUEVA )
    Plaintiff )
)
VS. )
)
TOR REY USA INC. )
    Defendant )

### NOTICE OF FILING

In accordance with Local Rule 15.1 of the United States District Court, Plaintiff's Motion to Amend Complaint and Remand Action to Suffolk Superior Court will be filed on August 22, 2005 with the United States District Court for the District of Massachusetts.

Plaintiff,
By her Attorney

Michael R. Rezendes, Esq.
Rezendes & Trezise
Batterymarch Park II
Quincy, MA 02169
(617) 472-3900
BBO#: 417840

DATED: 8/10/05