UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**LUCIA VILLANUEVA**
    **Plaintiff**

                                       **CIVIL ACTION NO. 05-11333-MEL**

**v.**

**TOR REY USA INC.**
    **Defendant**

## ORDER REMANDING CASE FOR MEDICAL MALPRACTICE TRIBUNAL

**LASKER, S.D.J.**

The Motion to Transfer to Superior Court for a Medical Malpractice Tribunal **(#6) filed by plaintiff Lucia Villanueva** having been Allowed, the above captioned matter is hereby ORDERED REFERRED to the Superior Court for the sole purpose of a Medical Malpractice Tribunal.

Under customary Clerk's Office policy in this Court, the original file in this Court does not itself get transferred to the Superior Court, but rather, the plaintiff is responsible for the copying and transmission of the relevant pleadings to the Suffolk Superior Court.

**The plaintiff is hereby directed to take immediate action to ensure that the Medical Malpractice Tribunal is scheduled FORTHWITH .**

Upon completion of all proceedings before the Medical Malpractice Tribunal, the parties shall file a STATUS REPORT with this Court, with proposals for further proceedings in this case.

                                                By the Court,

                                                **/s/ George H. Howarth**
**DATED: October 4, 2005**                          Deputy Clerk