

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

**TO:** Clerk of the

Suffolk Superior Court
County Courthouse
12th Floor
Three Pemberton Sq.
Boston, Mass. 02108

**RE:**

CIVIL ACTION #. __05-11333-MEL__

CRIMINAL #. _____

__Lucia Villanueva__   V.

__Tor Rey USA, Inc.__

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on __October 3, 2005__ by the Honorable __MORRIS E. LASKER, S.D.J.__.

The following documents are included in our file and transmitted herewith:

( )   Certified copy of the docket entries;

( )   Certified copy of the transferral order;

( )   Original documents numbered _____

( )   _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

SARAH A. THORNTON
CLERK OF COURT

Date:  __October 11, 2005__                    By: __/s/ George H. Howarth__
                                                        Deputy Clerk

cc:   Counsel, File

---

The documents listed above were received by me on _____ and assigned the following case number: _____.

By: _____
    Deputy Clerk

(05-cv-11333 transfer of case.wpd - 12/98)